# Attachment One

CASE NUMBER 2002-CF-014828
DIVISION B

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND
FOR THE COUNTY OF HILLSBOROUGH, STATE OF FLORIDA
TAMPA DISTRICT

OCT 2 8 2002 _____, Spring Term, 2002

STATE OF FLORIDA

V.

JAMAR DANGLO HAYES

INFORMATION FOR:

COUNT ONE
DELIVERY OF COCAINE
F.S. 893.13 (1)(a)

COUNT TWO
POSSESSION OF COCAINE
F.S. 893.13(6)(a)

COUNT THREE
POSSESSION OF CANNABIS
(less than 20 grams)
F.S. 893.13(6)(b)

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA, MARK A. OBER,
STATE ATTORNEY OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR THE COUNTY
OF HILLSBOROUGH, CHARGES THAT:

COUNT ONE

JAMAR DANGLO HAYES, on the 10th day of September, 2002, in the County of
Hillsborough and State of Florida, did then and there knowingly, unlawfully and
feloniously deliver a controlled substance, to-wit: Cocaine, as named or
described in Section 893.03 (2)(a), Florida Statutes.

COUNT TWO

JAMAR DANGLO HAYES, on the 10th day of September, 2002, in the County of
Hillsborough and State of Florida, did then and there knowingly, unlawfully and

feloniously possess a controlled substance, to-wit: Cocaine, as named or described in Section 893.03(2)(a), Florida Statutes.

COUNT THREE

JAMAR DANGLO HAYES, on the 10th day of September, 2002, in the County of Hillsborough and State of Florida, did unlawfully possess a controlled substance, to-wit: less than twenty (20) grams of cannabis, as named or described in Section 893.03(1)(c) Florida Statutes. Contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the State of Florida.

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

Personally appeared before me the undersigned Assistant State Attorney
of the Thirteenth Judicial Circuit in and for Hillsborough County,
Florida, who, being first duly sworn, says that these allegations as
set forth in the foregoing INFORMATION are based upon facts that have
been sworn to as true by the material witness or witnesses for the
offense and which, if true, would constitute the offense therein
charged, and that the prosecution is being instituted in good faith.

Assistant State Attorney of the
Thirteenth Judicial Circuit in and
For Hillsborough County, Florida

Florida Bar # **0159108**

Sworn to and subscribed before me at Tampa, Florida

This ____25____ day of __October__, 2002

Signature _____ of Florida

Print, Type or Stamp Commissioned Name of Notary
And Date Commission Expires

Personally known __✓__ or Produced Identification ____

Type of Identification Produced

October 16, 2002
DON T. WILCOX/BEH

STATE OF FLORIDA   COUNTY OF HILLSBOROUGH
THIS IS TO CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE
DOCUMENT ON FILE IN MY OFFICE AND
THE SAME IS IN FULL FORCE AND EFFECT
THIS ___ DAY OF __NOV__ 20_7_
PAT FRANK
CLERK OF THE CIRCUIT COURT
_____ D.C.
AS DEPUTY CLERK
D. Johnson

```
                              IN THE CIRCUIT COURT, 13TH JUDICIAL CIRCUIT
                              IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
                              DIVISION    :   B
                              CASE NUMBER :   02-CF-014828
                              OBTS NUMBER :   13573810

STATE OF FLORIDA
VS
HAYES, JAMAL, DANGLO
DEFENDANT
```

-----------------------------JUDGMENT------------------------------------------

THE DEFENDANT HAYES, JAMAL, DANGLO                    BEING PERSONALLY BEFORE
THIS COURT REPRESENTED WITH ASSISTANT PUBLIC DEFENDER  MURPHY, SHERI, A
THE ATTORNEY OF RECORD AND THE STATE REPRESENTED BY ASSISTANT STATE ATTORNEY
NEWCOMB, MEGAN, AND HAVING

Entered a plea of Guilty to the following crime(s):1,2,3

| COUNT | CRIME | OFFENSE STATUTE NUMBER | | DEGREE OF CRIME | COURT ACTION | DATE |
|-------|-------|------------------------|---|-----------------|--------------|------|
| 1 | DELIVERY OF COCAINE | 89313 | 1 A -DRUG1200 | FS | ADJG | 04-FEB-2003 |
| 2 | POSSESSION OF COCAINE | 89313 | 6A -DRUG1101 | FT | ADJG | 04-FEB-2003 |
| 3 | POSSESSION OF CANNABIS | 89313 | 6B -DRUG2103 | MF | ADJG | 04-FEB-2003 |

And no cause being shown why the defendant should not be adjudicated guilty,
it is ordered that the defendant is hereby adjudicated guilty of the above
crime(s).

The following count(s) have no information filed: 4,5



FEB 04 2003

RICHARD AKE CLERK

IN THE CIRCUIT COURT, 13TH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
DIVISION    :  B
CASE NUMBER :  02-CF-014828
OBTS NUMBER :  13573810

STATE OF FLORIDA
VS
HAYES, JAMAL, DANGLO
DEFENDANT

----------------------------CHARGES/COSTS/FEES----------------------------------


A sum of $50.00 pursuant to Section 938.03(1), Florida Statutes
(Crime Compensation Trust Fund)

$2.00 pursuant to Section 938.15, Florida
Statutes (Criminal Justice Education by Municipalities and Counties)

A sum of $200.00 pursuant to Section 938.05(1)(A), Florida
Statutes (Criminal Justice Trust Fund)

A sum of $3.00 pursuant to Section 938.19(1), Florida Statutes
(Teen Court Trust Fund)

A sum of $3.00 pursuant to Section 938.17(2), Florida
Statutes (Juvenile Assessment Center Fund)

A sum of $3.00 as a Court Cost pursuant to Section 938.01,
Florida Statutes (Assessments - Florida [Criminal Justice Trust Fund]).

DONE AND ORDERED IN HILLSBOROUGH COUNTY, FLORIDA, THIS 04TH DAY OF February 2003

_____
JUDGE

----------------------------------PAGE 03-----------------------------------

STATE OF FLORIDA  COUNTY OF HILLSBOROUGH
THIS IS TO CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE
DOCUMENT ON FILE IN MY OFFICE AND
THE SAME IS IN FULL FORCE AND EFFECT
THIS 12 DAY OF Nov, 20 17
PAT FRANK
CLERK OF THE CIRCUIT COURT
BY _____ D.C.
AS DEPUTY CLERK
D. Johnson

DEFENDANT HAYES, JAMAL, DANGLO

DIVISON       : B
CASE NUMBER   : 02-CF-014828
OBTS NUMBER   : 13573810

------------------------------ OTHER PROVISIONS ------------------------------
                    AS TO COUNT(s) : 1
THE FOLLOWING MANDATORY/MINIMUM PROVISION(S) APPLY TO THE SENTENCE IMPOSED :
------------------------------------------------------------------------------
JAIL CREDIT:     It is further ordered that the defendant shall be allowed a
                 total of   as credit for time incarcerated before
                 imposition of this sentence.


IT IS FURTHER ORDERED THAT THE SENTENCE FOR THIS COUNT SHALL RUN CONCURRENT
TO THE SENTENCE SET FORTH IN THE FOLLOWING COUNTS: 2,3

```
DEFENDANT HAYES, JAMAL, DANGLO
                                         DIVISION      : B
                                         CASE NUMBER   : 02-CF-014828
                                         OBTS NUMBER   : 13573810
```

---

SENTENCE

AS TO COUNT(s) : 1,2,3

---

THE DEFENDANT, BEING PERSONALLY BEFORE THIS COURT, ACCOMPANIED BY THE
DEFENDANT'S ATTORNEY OF RECORD, ASSISTANT PUBLIC DEFENDER  MURPHY, SHERI, A
AND HAVING BEEN ADJUDGED GUILTY HEREIN, AND THE COURT HAVING GIVEN
THE DEFENDANT AN OPPORTUNITY TO BE HEARD  AND TO OFFER MATTERS IN MITIGATION OF
SENTENCE, AND TO SHOW CAUSE WHY THE   DEFENDANT SHOULD NOT BE SENTENCED AS
PROVIDED BY LAW AND NO CAUSE BEING   SHOWN

---

IT IS THE SENTENCE OF THE COURT THAT THE DEFENDANT :
Is hereby committed to the custody of the Sheriff of Hillsborough County,
Florida, for a term of:  364 Days

Enter & Successfully Complete
        Count 1: IN-JAIL RESIDENTIAL DRUG PROGRAM
        Count 2: IN-JAIL RESIDENTIAL DRUG PROGRAM
        Count 3: IN-JAIL RESIDENTIAL DRUG PROGRAM

---



DEFENDANT HAYES, JAMAL, DANGLO

DIVISON      : B
CASE NUMBER  : 02-CF-014828
OBTS NUMBER  : 13573810

----------------------------- OTHER PROVISIONS -----------------------------
                 AS TO COUNT(s) : 2
THE FOLLOWING MANDATORY/MINIMUM PROVISION(S) APPLY TO THE SENTENCE IMPOSED :
----------------------------------------------------------------------------
JAIL CREDIT:    It is further ordered that the defendant shall be allowed a
                total of  as credit for time incarcerated before
                imposition of this sentence.


IT IS FURTHER ORDERED THAT THE SENTENCE FOR THIS COUNT SHALL RUN CONCURRENT
TO THE SENTENCE SET FORTH IN THE FOLLOWING COUNTS: 1,3

-----------------------------------PAGE 06-----------------------------------

# FILED

2003

CLERK

DEFENDANT HAYES, JAMAL, DANGLO

```
                                    DIVISON      : B
                                    CASE NUMBER  : 02-CF-014828
                                    OBTS NUMBER  : 13573810
```

```
------------------------------ OTHER PROVISIONS ------------------------------
                    AS TO COUNT(s) : 3
THE FOLLOWING MANDATORY/MINIMUM PROVISION(S) APPLY TO THE SENTENCE IMPOSED :
------------------------------------------------------------------------------
JAIL CREDIT:    It is further ordered that the defendant shall be allowed a
                total of  as credit for time incarcerated before
                imposition of this sentence.
```

IT IS FURTHER ORDERED THAT THE SENTENCE FOR THIS COUNT SHALL RUN CONCURRENT
TO THE SENTENCE SET FORTH IN THE FOLLOWING COUNTS: 1,2

IT IS FURTHER ORDERED THAT THE COMPOSITE TERM OF ALL SENTENCES IMPOSED FOR
THE COUNTS SPECIFIED IN THIS ORDER SHALL RUN CONCURRENT WITH THE FOLLOWING
SPECIFIC SENTENCES:  01-CF-018422

```
--------------------------------------------------------------------------
DEFENDANT HAYES, JAMAL, DANGLO
                                    DIVISON      : B
                                    CASE NUMBER  : 02-CF-014828
                                    OBTS NUMBER  : 13573810


------------------------- OTHER PROVISIONS -------------------------------
Sentencing Guidelines filed.




--------------------------------------------------------------------------
IN THE EVENT THE ABOVE SENTENCE IS TO DEPARTMENT OF CORRECTIONS, THE SHERIFF
OF HILLSBOROUGH COUNTY, FLORIDA, IS HEREBY ORDERED AND DIRECTED TO DELIVER
THE DEFENDANT TO THE DEPARTMENT OF CORRECTIONS AT THE FACILITY DESIGNATED
BY THE DEPARTMENT TOGETHER WITH A COPY OF THIS JUDGEMENT AND SENTENCE AND
ANY OTHER DOCUMENTS SPECIFIED BY FLORIDA STATUTE
    THE DEFENDANT IN OPEN COURT WAS ADVISED OF THE RIGHT TO APPEAL FROM THIS
SENTENCE BY FILING NOTICE OF APPEAL WITHIN 30 DAYS FROM THIS DATE WITH THE
CLERK OF THIS COURT AND THE DEFENDANT'S RIGHT TO THE ASSISTANCE OF COUNSEL IN
TAKING THE APPEAL AT THE EXPENSE OF THE STATE ON SHOWING OF INDIGENCY.
DONE AND ORDERED IN HILLSBOROUGH COUNTY, FLORIDA, THIS 04TH DAY OF February 2003
--------------------------------------------------------------------------
```

JUDGE

```
-------------------------PAGE 08-------------------------------
```

STATE OF FLORIDA  COUNTY OF HILLSBOROUGH
THIS IS TO CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE
DOCUMENT ON FILE IN MY OFFICE AND
THE SAME IS IN FULL FORCE AND EFFECT
THIS 13 DAY OF AUG 20 17
PAT FRANK
CLERK OF THE CIRCUIT COURT
BY _____ D.C.
AS DEPUTY CLERK
D. Johnson

CASE NUMBER   2004-CF-003283
DIVISION      B

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR
THE COUNTY OF HILLSBOROUGH, STATE OF FLORIDA

TAMPA DISTRICT

MAR 1 1 2004 _____, Fall Term, 2003

STATE OF FLORIDA

V.

~~TAMAR~~ Jamaar HAYES
AND MARCUS RAMON BROWN

INFORMATION FOR:

COUNT ONE
CONTROLLED SUBSTANCE WITHIN
1000' OF A CHURCH
F.S. 893.13(1)(e)1
(DEFENDANT HAYES ONLY)

COUNT TWO
POSSESSION OF COCAINE WITH
INTENT TO SELL OR DELIVER
F.S. 893.13 (1)(a)
(DEFENDANT HAYES ONLY)

COUNT THREE
POSSESSION OF CANNABIS
(less than 20 grams)
F.S. 893.13(6)(b)
(DEFENDANT HAYES ONLY)

COUNT FOUR
CONTROLLED SUBSTANCE WITHIN
1000' OF A CHURCH
F.S. 893.13(1)(e)1
(DEFENDANT BROWN ONLY)

COUNT FIVE
POSSESSION OF DRUG
PARAPHERNALIA
F.S. 893.147
(DEFENDANT BROWN ONLY)

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA, MARK A.
OBER, STATE ATTORNEY OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR THE
COUNTY OF HILLSBOROUGH, CHARGES THAT:

COUNT ONE

TAMAR HAYES, on the 19th day of February, 2004, in the County of Hillsborough

and State of Florida, did unlawfully deliver a controlled substance named or

described in Florida Statutes Section 893.03 (1)(a), (1)(d), (2)(a), or (2)(b), to-wit: Cocaine, within 1000 feet of a physical place for worship at which a church or religious organization regularly conducts religious services.

### COUNT TWO

TAMAR HAYES, on the 19th day of February, 2004, in the County of Hillsborough and State of Florida, did then and there knowingly, unlawfully and feloniously possess with intent to sell or deliver a controlled substance, to-wit: Cocaine, as named or described in Section 893.03 (2)(a), Florida Statutes.

### COUNT THREE

TAMAR HAYES, on the 19th day of February, 2004, in the County of Hillsborough and State of Florida, did unlawfully possess not more than twenty (20) grams of Cannabis, commonly known as Marijuana, a further description of which is to the Assistant State Attorney unknown.

### COUNT FOUR

MARCUS RAMON BROWN, on the 19th day of February, 2004, in the County of Hillsborough and State of Florida, did unlawfully possess with intent to Sell or deliver a controlled substance named or described in Florida Statutes Section 893.03 (1)(a), (1)(d), (2)(a), or (2)(b), to-wit: Cocaine, within 1000 feet of a physical place for worship at which a church or religious organization regularly conducts religious services.

### COUNT FIVE

MARCUS RAMON BROWN, on the 19th day of February, 2004, in the County of Hillsborough and State of Florida, did unlawfully use, or possess with intent to use, drug paraphernalia, to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, or conceal a controlled substance named or

described in Section 893.03, Florida Statutes; or to inject, ingest, inhale, or otherwise introduce into the human body a controlled substance named or described in Section 893.03, Florida Statutes.  Contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the State of Florida.

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

Personally appeared before me the undersigned Assistant State Attorney of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, who, being first duly sworn, says that these allegations as set forth in the foregoing INFORMATION are based upon facts that have been sworn to as true by the material witness or witnesses for the offense and which, if true, would constitute the offense therein charged, and that the prosecution is being instituted in good faith.

_____
Assistant State Attorney of the
Thirteenth Judicial Circuit in and
For Hillsborough County, Florida

Florida Bar # 0159108

Sworn to and subscribed before me at Tampa, Florida

This 11th day of March, 2004

_Sheila V. Staten_
Signature of Notary Public - State of Florida

Sheila V. Staten
MY COMMISSION # DD060035 EXPIRES
November 6, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

Print, Type or Stamp Commissioned Name of Notary
And Date Commission Expires

Personally known X or Produced Identification _____

_____
Type of Identification Produced

March 11, 2004
JAMES L ROBERTS/IDLU

*Refiled & Reaubscribed before me on this 28th day of June 2004 Richard Ake Clerk of Court By D Hart*

STATE OF FLORIDA        )
COUNTY OF HILLSBOROUGH)

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE DOCUMENT ON FILE IN
MY OFFICE. WITNESS MY HAND AND OFFICIAL SEAL
THIS 13 DAY OF July 20 18

PAT FRANK, CLERK

BY _D Johnson_ D.C.

Donna Johnson

# IN THE CIRCUIT COURT IN AND FOR
## HILLSBOROUGH COUNTY, STATE OF FLORIDA
### CRIMINAL DIVISION(FELONY)

STATE OF FLORIDA
VS.
**JAMAAR HAYES**

CASE NO : 04-CF-003283
DIVISION : B

AKA(S): JAMAL HAYES, JAMAR DANGLO HAYES

**FILED**

AUG 15 2005

| COUNT | CHARGE(S): |
|---|---|
| 1 | CONTROLLED SUBSTANCE WTHN 1000 FT OF A CHURCH |
| 2 | POSSESSION OF COCAINE WITH INTENT TO SELL OR D |
| 3 | POSSESSION OF CANNABIS LESS THAN 20 GRAMS |

JUDGMENT AND SENTENCE

The above-named Defendant being now before the Court:
[ ] In proper person
[X] With Counsel _JeAN DuNcombe_ appearing on Defendant's behalf for the above-mentioned charge
[ ] Counsel
and the Court being satisfied that the said plea, if applicable, was entered voluntarily and with understanding of the consequences,
and that there is a factual basis to accept it
[X] SAA _Michael LeNNoN_

Having:
[X] Entered a plea of Guilty    [ ] Entered a plea of Nolo Contendere
[ ] Entered a plea of Guilty to the lesser charge on count _____
[ ] Been tried and found guilty _____
[ ] Admitted to VOP/VOCC _____    [ ] Found In Violation _____

[X] The Court adjudicates the defendant guilty of said charge
[ ] The Court withholds adjudication of guilt

It is the order of the Court that the defendant:
[ ] Pays all mandatory court costs assessed pursuant to Court Order
[ ] Be placed on Probation for a period of _____ days / months / years for count(s) _____ with conditions:
[ ] Be placed in Community Control I / Community Control II for count(s) _____
[ ] Community Control ( I / II ) _____ days / months / years for count(s) _____
[ ] Followed by Probation of _____ days / months / years for count(s) _____
[ ] Incarceration Followed by    [ ] Probation    [ ] Community Control I / II
                                 [ ] Probation Revoked    [ ] Community Control revoked

[X] Other counts sentenced as follows: _each eat one_

[ ] Dismissed _____    [ ] Time Served _____    [ ] Nolle Prosse _____    [ ] No Sentence Imposed _____

Committed to the custody of the Sheriff of Hillsborough County, Florida for incarceration in the :
[X] County Jail _364 DAYS_    [ ] SRCJ _____    [ ] SRCJO _____    [X] with credit for time served _____
as well as the standard conditions of probation specified by a separate Order entered by Department of Corrections, if any.

[ ] Concurrent with _____    [ ] Consecutive to _____

DONE AND ORDERED IN HILLSBOROUGH COUNTY, FLORIDA, THIS 15TH DAY OF AUGUST 2005.

CIRCUIT COURT JUDGE DEBRA BEHNKE

_RETURN TO CIRCUIT CRIMINAL_
_ANNEX TOWER, ROOM_

STATE OF FLORIDA  COUNTY OF HILLSBOROUGH
THIS IS TO CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE
DOCUMENT ON FILE IN MY OFFICE AND
THE SAME IS IN FULL FORCE AND EFFECT
THIS _13_ DAY OF _NOO_ 20 _17_
PAT FRANK
CLERK OF THE CIRCUIT COURT
BY_____ D.C.
AS DEPUTY CLERK
DJohnson

CASE NUMBER  2006-CF-022859
DIVISION

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR
THE COUNTY OF HILLSBOROUGH, STATE OF FLORIDA

TAMPA DISTRICT

NOV 2 2 2006

_____, Fall Term, 2006

STATE OF FLORIDA

V.

JAMAR DANGLO HAYES

INFORMATION FOR:

COUNT ONE
DELIVERY OF COCAINE
WITHIN 1000 FEET OF
SCHOOL
F.S. 893.13 (1)(c)


COUNT TWO
POSSESSION OF COCAINE
F.S. 893.13(6)(a)


COUNT THREE
POSSESSION OF CANNABIS
(less than 20 grams)
F.S. 893.13(6)(b)


IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA, MARK A. OBER,
STATE ATTORNEY OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR THE COUNTY OF
HILLSBOROUGH, CHARGES THAT:


COUNT ONE


JAMAR DANGLO HAYES, on the 7th day of November, 2006, in the County of

Hillsborough and State of Florida, did then and there unlawfully and

feloniously deliver or attempt to deliver a controlled substance, to-wit:

Cocaine, as named or described in Section 893.03 (2)(a), Florida Statutes,

in, on or within 1000 feet of the real property comprising a public or

private elementary, middle or secondary school or a child care facility, between the hours of 6:00 a.m. and 12:00 midnight, or at any time in, on, or within 1,000 feet of a real property comprising a state, county, or municipal park, a community center, or a publicly owned recreational facility.

### COUNT TWO

JAMAR DANGLO HAYES, on the 7th day of November, 2006, in the County of Hillsborough and State of Florida, did then and there knowingly, unlawfully and feloniously possess a controlled substance, to-wit: Cocaine, as named or described in Section 893.03(2)(a), Florida Statutes.

### COUNT THREE

JAMAR DANGLO HAYES, on the 7th day of November, 2006, in the County of Hillsborough and State of Florida, did unlawfully possess not more than twenty (20) grams of Cannabis, commonly known as marijuana, a further description of which is to the Assistant State Attorney unknown. Contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the State of Florida.

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

Personally appeared before me the undersigned Assistant State Attorney of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, who, being first duly sworn, says that these allegations as set forth in the foregoing INFORMATION are based upon facts that have been sworn to as true by the material witness or witnesses for the offense and which, if true, would constitute the offense therein charged, and that the prosecution is being instituted in good faith.

_____
Assistant State Attorney of the
Thirteenth Judicial Circuit in and
For Hillsborough County, Florida

Florida Bar #__0159108_____

Sworn to and subscribed before me at Tampa, Florida

This ___22nd___ day of __November__, 2006

_____
Signature of Notary Public State of Florida

Sheila V. Staten-Daniels
Commission # DD493369
Expires November 21, 2009
Bonded Troy Fain Insurance Inc. 800-386-7019

_____
Print, Type or Stamp Commissioned Name of Notary
And Date Commission Expires

Personally known __X__ or Produced Identification _____

_____
Type of Identification Produced

November 21, 2006
DON T. WILCOX/jrh

Parent
2006-081788/2006-CF-022859-D001 HAYES, JAMAR

Include
N/A

Consolidate
N/A

STATE OF FLORIDA  COUNTY OF HILLSBOROUGH
THIS IS TO CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE
DOCUMENT ON FILE IN MY OFFICE AND
THE SAME IS IN FULL FORCE AND EFFECT
THIS 13 DAY OF NOV. 2017
PAT FRANK
CLERK OF THE CIRCUIT COURT
BY_____D.C.
AS DEPUTY CLERK
D Johnson

```
                                        IN THE CIRCUIT COURT, 13TH JUDICIAL CIRCUIT
                                        IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
                                        DIVISION    :  G
                                        CASE NUMBER :  06-CF-022859
                                        OBTS NUMBER :  2903078501

STATE OF FLORIDA
VS
HAYES, JAMAR,
DEFENDANT
```

-----------------------------JUDGMENT---------------------------------------

THE DEFENDANT HAYES, JAMAR,                         BEING PERSONALLY BEFORE
THIS COURT REPRESENTED ~~WITH PRIVATE ATTORNEY  ADAMI, RICHARD, A~~
ASSISTANT PUBLIC DEFENDER MCKEEVER, DALTON, E ,
~~ASSISTANT PUBLIC DEFENDER SHROYER, MICHELLE ,~~
THE ATTORNEY OF RECORD AND THE STATE REPRESENTED BY ASSISTANT STATE ATTORNEY
NEWCOMB, MEGAN, AND HAVING

Entered a plea of Guilty to the following crime(s):1,2,3

-----------------------------------------------------------------------------

| COUNT | CRIME | OFFENSE STATUTE NUMBER | | DEGREE OF CRIME | COURT ACTION | DATE |
|-------|-------|------------------------|---|-----------------|--------------|------|
| 1 | DELIVERY OF COCAINE WIHTIN 100 | 89313 | 1C1 -DRUG1714 | FF | ADJG | 14-FEB-2007 |
| 2 | POSSESSION OF COCAINE | 89313 | 6A  -DRUG1101 | FT | ADJG | 14-FEB-2007 |
| 3 | POSSESSION OF CANNABIS  LESS T | 89313 | 6B  -DRUG2103 | MF | ADJG | 14-FEB-2007 |

-----------------------------------------------------------------------------

And no cause being shown why the defendant should not be adjudicated guilty,
it is ordered that the defendant is hereby adjudicated guilty of the above
crime(s).


The following count(s) sentenced to Time Served: 3

-----------------------------------PAGE 01-----------------------------------



```
                              IN THE CIRCUIT COURT, 13TH JUDICIAL CIRCUIT
                              IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
                              DIVISION     :  G
                              CASE NUMBER  :  06-CF-022859
                              OBTS NUMBER  :  2903078501
STATE OF FLORIDA
VS
HAYES, JAMAR,
DEFENDANT
```

----------------------------CHARGES/COSTS/FEES----------------------------------

A sum of $49.00 pursuant to Section 938.03(1), Florida Statutes
(Crime Compensation Trust Fund)

A sum of $1.00 pursuant to Section 938.03(1), Florida Statutes
(Crime Compensation Trust Fee)

$2.00 pursuant to Section 938.15, Florida
Statutes (Criminal Justice Education by Municipalities and Counties)

A sum of $65.00 pursuant to Section 939.185, Florida Statutes
(Circuit Criminal Additional Court Costs)

A sum of $200.00 pursuant to Section 938.05(1)(A), Florida
Statutes (Criminal Justice Trust Fund)

A sum of $3.00 as a Court Cost pursuant to Section 938.01,
Florida Statutes (Assessments - Florida [Criminal Justice Trust Fund]).

A sum of $50.00 pursuant to Section 775.083 Florida Statutes
(BOCC - County Crime Prevention)

Pay a fine of $500.00 ,pursuant to section 775.083, Florida Statutes

Pay $25.00 , as the 5% surcharge required by section 938.04,
Florida Statutes.

DONE AND ORDERED IN HILLSBOROUGH COUNTY, FLORIDA, THIS 14TH DAY OF February 2007

_____
                          JUDGE

----------------------------PAGE 03--------------------------------------

STATE OF FLORIDA  COUNTY OF HILLSBOROUGH
THIS IS TO CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE
DOCUMENT ON FILE IN MY OFFICE AND
THE SAME IS IN FULL FORCE AND EFFECT
THIS 13 DAY OF Nov . 20 17
PAT FRANK
CLERK OF THE CIRCUIT COURT
BY_____D.C.
AS DEPUTY CLERK
D. Johnson



DEFENDANT HAYES, JAMAR,

```
                                    DIVISION     : G
                                    CASE NUMBER  : 06-CF-022859
                                    OBTS NUMBER  : 2903078501
```

---

-------------------------------- SENTENCE --------------------------------
                    AS TO COUNT(s) : 1
----------------------------------------------------------------------------

THE DEFENDANT, BEING PERSONALLY BEFORE THIS COURT, ACCOMPANIED BY THE
DEFENDANT'S ATTORNEY OF RECORD, ~~PRIVATE ATTORNEY~~ ADAMY, RICHARD, A
ASSISTANT PUBLIC DEFENDER   MCKEEVER, DALTON, E
~~ASSISTANT PUBLIC DEFENDER   SHROYER, MICHELLE~~
AND HAVING BEEN ADJUDGED GUILTY HEREIN, AND THE COURT HAVING GIVEN
THE DEFENDANT AN OPPORTUNITY TO BE HEARD  AND TO OFFER MATTERS IN MITIGATION OF
SENTENCE, AND TO SHOW CAUSE WHY THE   DEFENDANT SHOULD NOT BE SENTENCED AS
PROVIDED BY LAW AND NO CAUSE BEING   SHOWN

---

IT IS THE SENTENCE OF THE COURT THAT THE DEFENDANT :
Is hereby committed to the custody of the Department of Corrections for a
term of:  36 Months

DEFENDANT HAYES, JAMAR,

```
                                    DIVISION      : G
                                    CASE NUMBER   : 06-CF-022859
                                    OBTS NUMBER   : 2903078501
```

------------------------------ SPECIAL PROVISIONS ----------------------------
AS TO COUNT(s) : 1
THE FOLLOWING MANDATORY/MINIMUM PROVISION(S) APPLY TO THE SENTENCE IMPOSED :
------------------------------------------------------------------------------

CONTROLLED           It is further ordered that the 3 year Minimum
SUBSTANCES           Imprisonment provisions of Section 893.13(1),
WITHIN 1000 FEET     Florida Statutes is hereby imposed for the
OF SCHOOL:           Sentence specified in this count.

DEFENDANT HAYES, JAMAR,

```
                                    DIVISION      : G
                                    CASE NUMBER   : 06-CF-022859
                                    OBTS NUMBER   : 2903078501
```

------------------------------ OTHER PROVISIONS ------------------------------
                    AS TO COUNT(s) : 1
THE FOLLOWING MANDATORY/MINIMUM PROVISION(S) APPLY TO THE SENTENCE IMPOSED :
-----------------------------------------------------------------------------
JAIL CREDIT:    It is further ordered that the defendant shall be allowed a
                total of  100 Days  as credit for time incarcerated before
                imposition of this sentence.


IT IS FURTHER ORDERED THAT THE SENTENCE FOR THIS COUNT SHALL RUN CONCURRENT
TO THE SENTENCE SET FORTH IN THE FOLLOWING COUNTS: 2

```
DEFENDANT HAYES, JAMAR,
                                    DIVISION      : G
                                    CASE NUMBER   : 06-CF-022859
                                    OBTS NUMBER   : 2903078501
```

-------------------------------- SENTENCE --------------------------------
AS TO COUNT(s) : 2

THE DEFENDANT, BEING PERSONALLY BEFORE THIS COURT, ACCOMPANIED BY THE
DEFENDANT'S ATTORNEY OF RECORD, ~~PRIVATE ATTORNEY  ADAMY, RICHARD, A~~
ASSISTANT PUBLIC DEFENDER   MCKEEVER, DALTON, E
~~ASSISTANT PUBLIC DEFENDER   SHROYER, MICHELLE~~
AND HAVING BEEN ADJUDGED GUILTY HEREIN, AND THE COURT HAVING GIVEN
THE DEFENDANT AN OPPORTUNITY TO BE HEARD  AND TO OFFER MATTERS IN MITIGATION OF
SENTENCE, AND TO SHOW CAUSE WHY THE   DEFENDANT SHOULD NOT BE SENTENCED AS
PROVIDED BY LAW AND NO CAUSE BEING   SHOWN

IT IS THE SENTENCE OF THE COURT THAT THE DEFENDANT :
Is hereby committed to the custody of the Department of Corrections for a
term of:  36 Months

DEFENDANT HAYES, JAMAR,

```
                                    DIVISION     : G
                                    CASE NUMBER  : 06-CF-022859
                                    OBTS NUMBER  : 2903078501
```

-------------------------------- OTHER PROVISIONS -------------------------------
                    AS TO COUNT(s) : 2
THE FOLLOWING MANDATORY/MINIMUM PROVISION(S) APPLY TO THE SENTENCE IMPOSED :
--------------------------------------------------------------------------------
JAIL CREDIT:     It is further ordered that the defendant shall be allowed a
                 total of  200 Days  as credit for time incarcerated before
                 imposition of this sentence.


IT IS FURTHER ORDERED THAT THE SENTENCE FOR THIS COUNT SHALL RUN CONCURRENT
TO THE SENTENCE SET FORTH IN THE FOLLOWING COUNTS: 1


--------------------------------------------------------------------------------
IN THE EVENT THE ABOVE SENTENCE IS TO DEPARTMENT OF CORRECTIONS, THE SHERIFF
OF HILLSBOROUGH COUNTY, FLORIDA, IS HEREBY ORDERED AND DIRECTED TO DELIVER
THE DEFENDANT TO THE DEPARTMENT OF CORRECTIONS AT THE FACILITY DESIGNATED
BY THE DEPARTMENT TOGETHER WITH A COPY OF THIS JUDGEMENT AND SENTENCE AND
ANY OTHER DOCUMENTS SPECIFIED BY FLORIDA STATUTE
    THE DEFENDANT IN OPEN COURT WAS ADVISED OF THE RIGHT TO APPEAL FROM THIS
SENTENCE BY FILING NOTICE OF APPEAL WITHIN 30 DAYS FROM THIS DATE WITH THE
CLERK OF THIS COURT AND THE DEFENDANT'S RIGHT TO THE ASSISTANCE OF COUNSEL IN
TAKING THE APPEAL AT THE EXPENSE OF THE STATE ON SHOWING OF INDIGENCY.
DONE AND ORDERED IN HILLSBOROUGH COUNTY, FLORIDA, THIS 14TH DAY OF February 2007
--------------------------------------------------------------------------------
```

_Ronald Ficarrotta_
JUDGE

---------------------------------PAGE 08----------------------------------

STATE OF FLORIDA  COUNTY OF HILLSBOROUGH
THIS IS TO CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE
DOCUMENT ON FILE IN MY OFFICE AND
THE SAME IS IN FULL FORCE AND EFFECT
THIS _13_ DAY OF _NOV_ 20_17_
PAT FRANK
CLERK OF THE CIRCUIT COURT
BY _____ D.C.
AS DEPUTY CLERK
D. Johnson